STATE OF NORTH CAROLINA v. ALTON EARL MORGAN

No. 51PA93

(Filed 28 January 1994)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 108 N.C. App. 673, 425 S.E.2d 1 (1993), reversing in part and affirming in part orders entered by Turner, J., on 16 November 1990 in the District Court, Guilford County. Submitted on 8 December 1993 without oral argument, by motion of the parties, pursuant to Rule 30(d) of the North Carolina Rules of Appellate Procedure.

*Michael F. Easley, Attorney General, by Isaac T. Avery, III, Special Deputy Attorney General, for the State.*

*Mark B. Campbell for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.